HENRY C. L. PEETSCH, Appellant, *v.* WILLIAM H. QUINN and MICHAEL H. CURRAN, Respondents.

APPEAL from an order denying a motion to charge Michael H. Curran, attorney, with costs as a person beneficially interested under section 3247 of the Code.

*Johnston & Johnston*, for appellant.

*Michael H. Curran*, attorney in person.

*Per Curiam.* A careful examination of the affidavits and authorities submitted on this appeal satisfies us that the court below was right, and that the order appealed from should be affirmed, with costs.

Present: VAN WYCK, FITZSIMONS and CONLAN, JJ.
Order affirmed, with costs.